percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings. on the outside of the cheese. The protest was sustained to this extent.

**No. 55017.**—Octo Trading Corp. *v.* United States, protest 162396–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find any evidence sufficient to overcome the action of the collector which was presumptively correct. The protest was therefore overruled.

BEFORE THE FIRST DIVISION, DECEMBER 21, 1950

**No. 55018.**—S. S. Kresge Co. et al. *v.* United States, protests 141274–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of figures composed wholly or in chief value of papier mâché the same in all material respects as those passed upon in *S. S. Kresge Co. v. United States* (25 Cust. Ct. 89, C. D. 1269), the claim of the plaintiffs was sustained.

**No. 55019.**—Solomon Arastoozad *v.* United States, protest 124162–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55020.**—William Unger *v.* United States, protest 137621–K (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of *S. Nathan & Co., Inc.* v. *United States* (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

**No. 55021.**—Max Schuster *v.* United States, protests 142516–K, etc. (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those